1  Eric C.R. K'nAPP (#J10618)
   Salinas Valley State Prison
2  Post Office Box 1050
   Soledad, California 93960-1050
3
   In Propria Persona



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'nAPP,    ) Case No. CV 08 1573
                               )
Petitioner,                    )
                               ) PRISONER'S REQUEST BY AND THROUGH
v.                             ) SUPPORTING DECLARATION TO PROCEED ON
                               ) 28 U.S.C. § 2254 HABEAS PETITION IN
Warden of Salinas Valley       ) FORMA PAUPERIS.
   State Prison,               )
                               )
Respondent.                    ) **(PR)**
_____/

   I, Eric Charles Rodney K'nAPP, declare that I am the petitioner in the above entitled case; that because of my poverty I am unable to pay the costs of the proceeding captioned above or to give security therefor; and that I believe that I am entitled to relief.

1. I am presently **not** employed. I was last employed in 2005, making approximately .15¢ an hour in prison.

2. Within the past twelve months I have **not** received any money from (a) business, profession, or self-employment; (b) rent payments, interest, or dividends; (c) pensions, annuities, or life insurance payments; (d) gifts or inheritances; (e) any other source(s).

3. I do **not** own case, nor do I have any money in a checking or savings account, to include my prison trust account).

4. I do **not** own real estate, stocks, bonds, notes, automobiles, or other

valuable property (excluding ordinary personal property allowed in prison).

5. I have do **not** have any person(s) dependent upon me for financial support.

    I verify under penalty of perjury that the foregoing is true and correct.

    Executed this 13th day of March, 2008, at Soledad, California.

_____
ERIC CHARLES RODNEY K'nAPP

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Knapp, Eric__ J10618 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT      [prisoner name]
P.O. BOX 1020
SOLEDAD, CA 93960-1020
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 3/19/08

_L. Macias_
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/19/08
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCOUNT NUMBER : J10618                     BED/CELL NUMBER: FBB4T2000000208L
ACCOUNT NAME   : KNAPP, ERIC CHARLES        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
    DATE        HOLD
   PLACED       CODE         DESCRIPTION            COMMENT          HOLD AMOUNT
  ----------    ----    ------------------------   -----------       -----------
  11/03/2005    H103    DAMAGES-REFUSED TO SIGN HOLD  1089 CSATF         135.78
  01/05/2006    H110    COPIES HOLD                   1676 COPY            0.30
  04/06/2006    H110    COPIES HOLD                   2573 COPY            0.80
  09/25/2006    H110    COPIES HOLD                   0912 COPY            1.10
  01/17/2007    H110    COPIES HOLD                   2035 COPY            0.30
  03/02/2007    H110    COPIES HOLD                   2422 COPY            1.70
  04/11/2007    H107    POSTAGE HOLD                  2828 PPOST          27.45
  04/20/2007    H107    POSTAGE HOLD                  2943 POST            1.83
  04/24/2007    H107    POSTAGE HOLD                  2982 POST            1.11
  05/09/2007    H107    POSTAGE HOLD                  3116PPOST           24.00
  05/09/2007    H110    COPIES HOLD                   3117COPIES           2.10
  10/23/2007    H107    POSTAGE HOLD                  1158 PPOST          27.50
  03/03/2008    H109    LEGAL POSTAGE HOLD            2252 LPOST           0.41
  03/03/2008    H109    LEGAL POSTAGE HOLD            2252 LPOST           0.41
  03/03/2008    H109    LEGAL POSTAGE HOLD            2252 LPOST           0.41
  03/03/2008    H118    LEGAL COPIES HOLD             2257 LCOPY           0.30
  03/04/2008    H118    LEGAL COPIES HOLD             2271 LCOPY           0.40
  03/04/2008    H109    LEGAL POSTAGE HOLD            2272 ENVEL           0.55
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           4.60
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.82
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.82
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.82
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.48
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.48
  03/05/2008    H109    LEGAL POSTAGE HOLD            2276/LPOST           1.65
  03/07/2008    H109    LEGAL POSTAGE HOLD            2324 ENVEL           0.90
  03/07/2008    H109    LEGAL POSTAGE HOLD            2324 ENVEL           1.15
  03/07/2008    H109    LEGAL POSTAGE HOLD            2324 ENVEL           0.30
  03/07/2008    H118    LEGAL COPIES HOLD             2324 LCOPY          10.60
  03/07/2008    H118    LEGAL COPIES HOLD             2324 LCOPY          10.10
  03/07/2008    H118    LEGAL COPIES HOLD             2324 LCOPY           8.10
  03/12/2008    H118    LEGAL COPIES HOLD             2361 LCOPY          10.10
  03/18/2008    H109    LEGAL POSTAGE HOLD            2426 LPOST           1.14
  03/18/2008    H109    LEGAL POSTAGE HOLD            2426 LPOST           1.14
  03/18/2008    H109    LEGAL POSTAGE HOLD            2426 LPOST           1.31
  03/18/2008    H109    LEGAL POSTAGE HOLD            2426 LPOST           1.14
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/19/08
                                                           PAGE NO:         2
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCT:  J10618         ACCT NAME: KNAPP, ERIC CHARLES            ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
---------      --------     -----------     -------       -------       ------------
   0.00          0.00           0.00          0.00         287.10            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/19/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  R. Macias  SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
287.10-

DECLARATION OF MAILING

Case Name: **K'nAPP v. Warden of Salinas Valley State Prison**

I, Eric K'nAPP, "Petitioner" in the above-titled action, declare under penalty of perjury that by doing the following in accordance with the Prison Mailbox Rule I mailed the accompanying:

> PRISONER'S REQUEST BY AND THROUGH SUPPORTING DECLARATION TO PROCEED ON 28 U.S.C. § 2254 HABEAS PETITION IN FORMA PAUPERIS.

1. I put the original of the above document inside an envelope addressed to the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102-3483;

2. I presented the above-addressed envelope to a Salinas Valley State Prison correctional officer, who took possession thereof for processing in accordance with prison mail procedures.

Executed this 16th day of March, 2008, at Soledad, California.

ERIC CHARLES RODNEY K'nAPP