Eric C.R. Knapp (J10618)
Salinas Valley State Prison
B4-208 (Low)
P.O. Box 1050
Soledad, CA 93960-1050

In Pro Per

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
          Plaintiff,
    vs.
_____,
          Defendant.

CASE NO. CV 08 1573 JSW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Eric C.R. Knapp, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____   Net: ____N/A____

Employer: ____N/A____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  California Dept. of Justice (1992), $25,000/yr.
5  _____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___  No _X_
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___  No _X_
12           or royalties?
13      c.   Rent payments?                             Yes ___  No _X_
14      d.   Pensions, annuities, or                    Yes ___  No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___  No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3. Are you married?                                 Yes ___  No _X_
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____N/A____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

|     |     |
| --- | --- |
| 1   | b. List the persons other than your spouse who are dependent upon you for |
| 2   | support and indicate how much you contribute toward their support. (NOTE: |
| 3   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   | THEIR NAMES.). |
| 5   | None |
| 6   | |
| 7   | 5. Do you own or are you buying a home?    Yes ___ No  X |
| 8   | Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A |
| 9   | 6. Do you own an automobile?    Yes ___ No X |
| 10  | Make N/A    Year N/A    Model N/A |
| 11  | Is it financed? Yes ___ No ___ If so, Total due: $ N/A |
| 12  | Monthly Payment: $ N/A |
| 13  | 7. Do you have a bank account? Yes ___ No X (Do not include account numbers.) |
| 14  | Name(s) and address(es) of bank: N/A |
| 15  | |
| 16  | Present balance(s): $ N/A |
| 17  | Do you own any cash? Yes ___ No X Amount: $ N/A |
| 18  | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19  | market value.)  Yes ___ No X |
| 20  | N/A |
| 21  | 8. What are your monthly expenses? |
| 22  | Rent: $ 0    Utilities: 0 |
| 23  | Food: $ 0    Clothing: 0 |
| 24  | Charge Accounts: |
| 25  | Name of Account      Monthly Payment      Total Owed on This Acct. |
| 26  | N/A      $ N/A      $ N/A |
| 27  |          $          $ |
| 28  |          $          $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  $350 to U.S.D.C. N.D. Cal. - filing fee in CV 08 0719 (JSW); etc.
4  (See, supporting habeas brief (CV-08-1573) p. 6 [listing other cases where filing fees owed].)
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __4/1/08__                              __[signature]__
17    DATE                                  SIGNATURE OF APPLICANT

*[Handwritten note at top:]* Per the Court Clerk's Notice filed 3/21/08 at 5:08 p.m., the Certificate of Funds in Prisoner's Account and trust account st-tement already initially submitted are "ok"

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                      _____
                                      [Authorized officer of the institution]