IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY K'NAPP,  )  No. C 08-1573 JSW (PR)
              )
     Petitioner,   )
              )  **TRANSFER ORDER**
     vs.       )
              )
WARDEN,          )
              )  (Docket Nos. 2 & 4)
     Respondent.   )
              )

Petitioner, a prisoner incarcerated at Salinas Valley State Prison in Soledad, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(c). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California. In light of this transfer, the Court will defer to the Eastern District for ruling on Petitioner's motions for leave to proceed *in forma pauperis*.

The Clerk shall terminate Docket Nos. 2 & 4 from this Court's docket.

IT IS SO ORDERED.

DATED: May 8, 2008

_____
JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

ERIC C RODNEY KNAPP,

        Plaintiff,

 v.

WARDEN et al,

        Defendant.
                                   /

Case Number: CV08-01573 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Charles Rodney Knapp
J-10618
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: May 8, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk