**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
08 MAY 14 PM 1:28

RICHARD W. WIEKING
CLERK, U.S. General Court Number
NORTHERN DISTRICT OF COURT
445(602)2000

May 9, 2008

**United States District Court-Eastern California**
501 I Street
Sacramento, CA 95814

**RECEIVED**
MAY 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RE: CV 08-01573 JSW  ERIC C RODNEY KNAPP-v-WARDEN


2 08 - CV - 1 0 4 0 GEB JFM HC

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒   Certified copy of docket entries.
- ☒   Certified copy of Transferral Order.
- ☒   Original case file documents.
- ☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

           Sincerely,
           RICHARD W. WIEKING, Clerk

           by: Hilary D. Jackson
           Case Systems Administrator

Enclosures
Copies to counsel of record